| | |
|---|---|
| 1 | JENNIFER MCGRATH, City Attorney (SBN 179917) |
| 2 | NEAL MOORE, Sr. Deputy City Attorney (SBN 49666)<br>2000 Main Street, P.O. Box 190 |
| 3 | Huntington Beach, CA 92648<br>(714) 536-5555 |
| 4 | FAX (714) 374-1590<br>Email:  nmoore@surfcity-hb.org |
| 5 | Attorneys for Defendants |
| 6 | CITY OF HUNTINGTON BEACH, TOM WEIZOERICK<br>and KENTON FERRIN |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

| | |
|---|---|
| MARIA ISABEL GARCIA, individually, and as successor in interest to ERICK SAUL CATALAN<br><br>            Plaintiff,<br><br>    vs.<br><br>CITY OF HUNTINGTON BEACH, CITY OF HUNTINGTON BEACH POLICE DEPARTMENT, TOM WEIZOERICK in his individual and official capacity as a Sergeant with the CITY OF HUNTINGTON BEACH POLICE DEPARTMENT, and his respective marital community, if any, with Jane Doe 1; KENTON FERRIN in his individual and official capacity as a law enforcement officer with the CITY OF HUNTINGTON BEACH POLICE DEPARTMENT, and his respective marital community, if any, with Jane Doe 2; and DOES 3-12, inclusive,<br><br>            Defendants. | Case No.  SACV12-01779 DOC (JPRx)<br><br>[~~PROPOSED~~] JUDGMENT AFTER TRIAL BY JURY   [54] |

1

1  This action came on for trial on August 1, 2014, in Courtroom 9D of the
2  United States District Court for the Central District of California, the Honorable
3  David O. Carter, United States District Judge, presiding.
4  Plaintiff Maria Isabel Garcia was represented by Robert English.
5  Defendants, City of Huntington Beach, Kenton Ferrin and Tom Weizoerick
6  were represented by Sr. Deputy City Attorney Neal Moore of the City of Huntington
7  Beach.
8  A jury of eight persons was regularly empanelled and sworn.  Witnesses were
9  sworn and testified.  After the presentation of the evidence, the instructions of the
10 Court, and the arguments of counsel, the case was submitted to the jury.  The jury
11 deliberated and, on August 7, 2014, returned to Court with its verdict as follows:
12   1. On Maria Isabel Garcia's claim under 42 U.S.C. § 1983 for deprivation of
13      rights, privileges, or immunities secured by the Fourth Amendment:
14      ___We find in favor of Maria Isabel Garcia and against both Kenton
15          Ferrin and Tom Weizoerick.
16      ___ We find in favor of Maria Isabel Garcia and against Kenton Ferrin
17          only.
18      ___We find in favor of Maria Isabel Garcia and against Tom Weizoerick
19          only.
20      _X_We find in favor of Kenton Ferrin and Tom Weizoerick and against
21          Maria Isabel Garcia.
22   2. On Maria Isabel Garcia's claim under 42 U.S.C. § 1983 for deprivation of
23      rights, privileges, or immunities secured by the Fourteenth Amendment:
24      ___We find in favor of Maria Isabel Garcia and against both Kenton
25          Ferrin and Tom Weizoerick.
26      ___ We find in favor of Maria Isabel Garcia and against Kenton Ferrin
27          only.
28

      \_\_\_We find in favor of Maria Isabel Garcia and against Tom Weizoerick only.

      \_X\_ We find in favor of Kenton Ferrin and Tom Weizoerick and against Maria Isabel Garcia.

3. On Maria Isabel Garcia's claim for wrongful death:

      \_\_\_We find in favor of Maria Isabel Garcia and against both Kenton Ferrin and Tom Weizoerick.

      \_\_\_ We find in favor of Maria Isabel Garcia and against Kenton Ferrin only.

      \_\_\_We find in favor of Maria Isabel Garcia and against Tom Weizoerick only.

      \_X\_ We find in favor of Kenton Ferrin and Tom Weizoerick and against Maria Isabel Garcia.

Pursuant to the jury's verdict finding in favor of Defendants Kenton Ferrin and Tom Weizoerick,

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that final judgment in this action be entered as follows:

Defendants Kenton Ferrin, Tom Weizoerick, and the City of Huntington Beach shall have judgment entered in their favor on Plaintiff's claims for violations of Plaintiff's Fourth and Fourteenth Amendment rights under 42 U.S.C. §1983, and Plaintiff's state law claim for wrongful death, and Plaintiff shall take nothing; and,

Defendants Kenton, Ferrin, Tom Weizoerick, and the City of Huntington Beach shall recover costs of suit as provided by law.

DATED: August 15, 2014

                                  *David O. Carter*
                               _____
                               Honorable David O. Carter
                               U.S. District Court Judge